## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the December 8, 2007
Mayweather/Hatton Program

                              Plaintiff,

                . v.

JOHN E. BADASARIAN and JOHNNY
BAD'S SPORTS BAR & GRILLE, LLC

                          Defendants,

CIVIL ACTION NO.: 1:08-cv-137-JM

*Approved and adopted as a pretrial scheduling order. Trial 4/21/09*

*James R. Muirhead*
*U.S. Magistrate Judge*
*Date: 6/17/08*

### PROPOSED DISCOVERY PLAN
#### Fed. R. Civ. P. 26(f)

**DATE/PLACE OF CONFERENCE:** Pretrial Conference set for June 9, 2008. Counsel for the parties conferred by phone on June 2, 2008.

**COUNSEL PRESENT/REPRESENTING:**
Julie Cohen Lonstein, Esquire for the Plaintiff
Michael J. Sheehan, Esquire, Local Counsel for Plaintiff
Roy Tilsley, Esquire for the Defendants

### CASE SUMMARY

**THEORY OF LIABILITY:**
Plaintiff, as Broadcast Licensee of the December 8, 2007, Mayweather/Hatton Program, alleges that defendants, without purchasing the right to intercept and exhibit the program within their commercial establishment, unlawfully intercepted, received and/or de-scrambled the satellite signal for that program and showed the program to its patrons or others for its commercial advantage. Plaintiff claims liability pursuant to 47 U.S.C. §553 et seq. and/or 47 U.S.C. §605 et seq. which prohibit the unauthorized interception and use of such broadcasts.

**THEORY OF DEFENSE:** General denial of liability. The Plaintiff lacks standing to bring a claim under 47 U.S.C. §553 dealing with unauthorized reception of cable service. The Plaintiff lacks standing to bring a claim under 47 U.S.C. §605 as it is not a person aggrieved as defined under the statute.

1

**DAMAGES:**

**DEMAND:** $10,000.00

**OFFER:** $1,500.00

**COUNTER DEMAND:** $7,500.00

**JURISDICTIONAL QUESTIONS:** None known.

**QUESTIONS OF LAW:** Did the Plaintiff have proprietary rights in any intercepted communication such that it is a person aggrieved entitled to civil remedies under 47 U.S.C. §605. The parties reserve the right to raise additional questions of law as are necessary.

**TYPE OF TRIAL:** Issues to Court.

**DISCOVERY**

**TRACK ASSIGNMENT:** Standard 12-months

**DISCOVERY NEEDED:** Witness interviews, depositions, interrogatories, requests for production, and requests for admission on issues relating to liability and damages

**MANDATORY DISCLOSURES (Fed.R.Civ.P.26(a)(I):** Plaintiff has served and Defendants will exchange by July 3, 2008.

**COMPLETION OF DISCOVERY:** October 1, 2008

**INTERROGATORIES:** A maximum of 20 interrogatories by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed.R.Civ.P.29.

**REQUESTS FOR ADMISSIONS:** A maximum of 25 requests for admissions by each party to any other party. Responses due 30 days after service unless otherwise agreed to pursuant to Fed.R.Civ.P.29.

**DEPOSITIONS:** A maximum of 4 depositions by plaintiff and 4 by defendant. Each deposition limited to a maximum of 2 hours unless extended by agreement of parties.

**DATES OF DISCLOSURE OF EXPERTS AND EXPERTS' WRITTEN REPORTS AND SUPPLEMENTATIONS:**

**Plaintiff:** August 1, 2008                    **Defendant:** September 1, 2008

Supplementations under Rule 26(e) due within 15 days of receipt of material.

*Advise the court whether the parties have stipulated to a different form of expert report than that specified in Fed. R. Civ. P. 26(a)(2).* N/A

**CHALLENGES TO EXPERT TESTIMONY** [*no later than 45 days prior to trial*]: September 15, 2008

## OTHER ITEMS:

**JOINDER OF ADDITIONAL PARTIES:**
**Plaintiff:** September 5, 2008                  **Defendant:** September 4, 2008

**THIRD PARTY ACTIONS:** N/A

**AMENDMENT OF PLEADINGS:**
**Plaintiff:** September 15, 2008                 **Defendant:** September 15, 2008

**DISPOSITIVE MOTIONS:**
**To Dismiss** [*no later than 90 days after preliminary pretrial*]: September 1, 2008
**For Summary Judgment** [*no later than 120 days prior to trial date according to track*]: December 1, 2008

**SETTLEMENT POSSIBILITIES:** Ongoing.

**JOINT STATEMENT RE MEDIATION:** *The parties shall indicate a date by which mediation, if any, will occur.* October 1, 2008

**WITNESS AND EXHIBITS:** To be disclosed in accordance with Federal and Local Rules of Procedure.

**TRIAL ESTIMATE:** 1 day

**TRIAL DATE:** April, 2009

**PRELIMINARY PRETRIAL CONFERENCE:** The parties request a telephonic preliminary pretrial conference with the court before entry of the scheduling order.

**OTHER MATTERS:** None.

Respectfully submitted,

J&J SPORTS PRODUCTIONS, INC.
By their attorneys,
LONSTEIN LAW OFFICE, P.C.

Dated: June 3, 2008                 /s/ Julie Cohen Lonstein.
                                    Julie Cohen Lonstein, Esquire
                                    Attorney for Plaintiff
                                    Lonstein Law Office, P.C.
                                    Office and P.O. Address
                                    1 Terrace Hill : P.O. Box 351
                                    Ellenville, NY  12428
                                    Telephone:  (845) 647-8500
                                    Facsimile:  (845) 647-6277
                                    Email: Info@signallaw.com
                                    *Our File No.  07-19NH-01V*

                                    /s/ Michael J. Sheehan
                                    Michael J. Sheehan, Esquire.
                                    NH Bar # 6590
                                    58 Pleasant Street
                                    Concord, NH   03301
                                    Telephone: (603) 225-5240
                                    Facsimile: (603)225-8333
                                    Email:  msheehan@usa.net


                                    JOHN E. BADASARIAN and JOHNNY
                                    BAD'S SPORTS BAR & GRILLE, LLC
                                    By their attorneys,
                                    BERNSTEIN, SHUR, SAWYER &
                                    NELSON

Dated: June 3, 2008                 /s/ Roy W. Tilsley, Jr.
_____

                                    Roy W. Tilsley, Jr., Esquire
                                    NH Bar # 9400
                                    Bernstein Shur
                                    P.O. Box 1120
                                    Manchester NH 03105-1120
                                    Telephone: 603.623.8700
                                    Fax 603.623.7775

4

5