UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

--------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **December 8, 2007**
**Mayweather/Hatton** Program,

STIPULATION OF DISMISSAL

                Plaintiff,

Civil Action No. 08-CV-137-JM

-against-

JOHN E. BADASARIAN, et al

                Defendants.

--------------------------------------------------------

It is hereby stipulated and agreed to by and between the parties herein that the above entitled

action is hereby dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2)

of the Federal Rules of Civil Procedure.

Dated: September 5, 2008

/s/  Julie Cohen Lonstein
Julie Cohen. Lonstein, Esq.
Attorney for Plaintiff
Lonstein Law Office, P.C.
1 Terrace Hill; P.O. Box 351
Ellenville, NY 12428
Telephone:  845-647-8500
Facsimile:   845-647-6277
julie@signallaw.com

/s/ Roy W. Tilsley, Jr.
Roy W. Tilsley, Jr., Esq.
Attorney for Defendants
Bernstein Shur
670 North Commercial Street; PO Box 1120
Manchester, NH 03105
Telephone:  (603)623-8700
Facsimile:   (603)623-7775
rtilsley@bernsteinshur.com

/s/  Michael J. Sheehan
Michael J. Sheehan, Esq. #6590
msheehan@usa.net
3 North Spring Street North 101
Concord, NH  03301
Tel. (603) 225-5240

SO ORDERED this  8   day of September, 2008

HON. JAMES R. MUIRHEAD
United States District Judge